Irena Juras (State Bar #020201)
**JURAS LAW FIRM, PLC**
2398 E. Camelback Road, Suite 240
Phoenix, AZ 85016
Phone: (480) 425-2009
Fax: (480) 452-1640
E-mail: Irena@JurasLaw.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CARL EDWARD TOWNER,<br><br>Debtor. | CHAPTER 11<br><br>Case No. 2:13-bk-04597-EPB<br><br>**APPLICATION FOR ORDER AUTHORIZING JURAS LAW FIRM, PLC TO WITHDRAW AS COUNSEL FOR DEBTOR** |

Juras Law Firm, PLC ("JLF"), hereby moves for an order authorizing JLF to withdraw as counsel for the Debtor pursuant to Rule Local Bankruptcy Rule 9010-1(b). In support of this Application, JLF represents:

1. On or about March 26, 2013, JLF was retained by the Debtor, to file a Chapter 11 bankruptcy petition.

2. The Debtor has decided to proceed without representation.

3. The last known address and telephone numbers for the Debtor are as follows:

>   Carl Edward Towner
>   10970 West Peninsula Road
>   Peoria, AZ 85342
>   (480) 252-1670

4. This Application is supported by the attached Certification of Irena Juras detailing Ms. Juras's compliance with Local Rule 9010-1(b).

WHEREFORE, Juras Law Firm, PLC requests that the Court enter an order authorizing Juras Law Firm, PLC to withdraw from representing Debtor in the above-captioned matter.

DATED this 3rd day of April, 2013.

| | |
|---|---|
| 1 | |
| 2 | JURAS LAW FIRM, PLC |
| 3 | */s/ IJ (#020201)*_____ |
|   | Irena Juras |
| 4 | 2398 E. Camelback Rd, Suite 240 |
|   | Phoenix, Arizona 85016 |
| 5 | |
| 6 | |
| 7 | COPY of the foregoing served |
|   | via electronic notification |
| 8 | this 3rd day of April, 2013, to: |
| 9 | U.S. TRUSTEE |
|   | USTPRegion14.PX.ECF@USDOJ.GOV |
| 10 | |
| 11 | COPY of the foregoing mailed |
|   | this 3rd day of April, 2013, to: |
| 12 | |
| 13 | Carl E. Towner |
|   | 10970 West Peninsula Road |
|   | Peoria, AZ 85342 |
| 14 | |
| 15 | */s/ Irena Juras* |

2